UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 25-10145-RGS |
| | ) | |
| DENNIS MICHAUD, JR., | ) | |
| Defendant. | ) | |

## UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF ASSETS

The United States of America, by and through its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

On April 17, 2025, a a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging defendant Dennis T. Michaud, Jr. (the "Defendant"), with Trafficking in Firearms, in violation of 18 U.S.C. § 933(a)(1) (Count One);

The Indictment included a Forfeiture Allegation which gave the Defendant notice that the United States intended to seek forfeiture, pursuant to 18 U.S.C. §§ 924(d), 934(a); 28 U.S.C. § 2461(c), upon conviction of the offense alleged in the one-count Indictment, of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

Pursuant to, and without limiting in any manner the Forfeiture Allegation of the Indictment, the United States hereby gives notice that it is seeking forfeiture, without limitation, of the following specific property:

(a)      $76,890.00 in U.S. currency.

Respectfully submitted,

Leah B. Foley
United States Attorney

By:    */s/ Brendan T. Mockler*
SANDRA GONZALEZ SANCHEZ
BRENDAN T. MOCKLER
Assistant United States Attorneys
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Dated: April 28, 2026          brendan.mockler@usdoj.gov

2