UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL No. 1:25-CR-10145-RGS |
| DENNIS T. MICHAUD, JR. | |
| Defendant | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S SECOND OBJECTION TO THE PRE-SENTENCE INVESTIGATION REPORT**

This matter is set for sentencing on June 25, 2026. The government files the present one-page response to correct two misstatements of fact in the defendant's second set of objections to the Pre-Sentence Investigation Report ("PSR") [ECF No. 52].

*First*, the government did not "simply assert[] that Defendant advertised the sale of 22 firearms." [ECF No. 52, at 2]. The government attached as Exhibit 2 to its initial sentencing memorandum [ECF No. 44] the advertisements for each of the 22 additional firearms the defendant offered to the confidential source.

*Second*, putting aside the serious impropriety of counsel's reference to the parties' plea negotiations [ECF No. 52, at 2-3], defendant's assertion that "there have [*sic*] been no material change in the facts of the case" is incorrect. The government's offer was contingent on the defendant accepting responsibility for his conduct and guaranteeing certain outcomes important to the government, including forfeiture and the waiver of appellate rights. Instead, the defendant is now arguing that his conduct is essentially legal in New Hampshire, that he lawfully possessed all firearms, and that certain firearms do not count for sentencing purposes, and the case has no guaranteed outcomes. These positions are inconsistent with acceptance of responsibility and the terms of any agreement contemplated by the government.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    */s/ Sandra Gonzalez Sanchez*
       Sandra Gonzalez Sanchez
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

>  */s/ Sandra Gonzalez Sanchez*
>  Sandra Gonzalez Sanchez
>  Assistant United States Attorney

Date: June 24, 2026